

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2003

# USA v. Sheard

Precedential or Non-Precedential: Non-Precedential

Docket 02-2149

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Sheard" (2003). *2003 Decisions.* Paper 666.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/666

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 02-2149

UNITED STATES OF AMERICA

v.

BRYANT SHEARD,

Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal No. 01-cr-00338-1
District Judge: Honorable Edmund V. Ludwig

Submitted pursuant to Third Circuit LAR 34.1(a)
March 31, 2003
Before: McKee, Smith & Cowen, Circuit Judges

(Filed April 4, 2003)

OPINION OF THE COURT

McKee, Circuit Judge.

Bryant Sheard appeals from the judgment of sentence that was entered following the district court's acceptance of Sheard's guilty plea pursuant to a written plea agreement. Defense counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967) in which counsel avers that, "after a conscientious examination of the record, [he] could find no non-frivolous issues for appeal." Appellant's Br. at 17. Accordingly, we will affirm the judgment of sentence.

TO THE CLERK:

   Please file the foregoing not precedential opinion

.

                              By the Court

                              /s/ Theodore A. McKee

                              Circuit Judge